IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ROCKWELL AUTOMATION INC., <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 2:23-CV-00371-RWS-RSP <br> § <br> § <br> § <br> § <br> § |

### ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Rothschild Broadcast Distribution Systems, LLC ("Plaintiff"). (Dkt. No. 2.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS CLOSE** the above-captioned case as no parties or claims remain.

SIGNED this 24th day of August, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE